Fill in this information to identify the case:

United States Bankruptcy Court for the:
District of Puerto Rico, Hato Rey Division

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | SKYTEC, INC. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 6 6 – 0 5 6 4 2 3 6 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| BO. PALMAS | 500 CARR. 869 SUITE 501 |
| Number    Street | Number    Street |
| EDIFICIO E-1 ROYAL INDUSTRIAL PARK | SUITE 501 |
| | P.O. Box |
| Catano, PR 00962 | Catano, PR 00962 |
| City    State    ZIP Code | City    State    ZIP Code |
| | |
| Catano | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | |
| | City    State    ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  SKYTEC, INC.     Case number (if known) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
    5   1   7   9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.   District _____   When _____   Case number _____
                                             MM / DD / YYYY
          District _____   When _____   Case number _____
                                             MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.   Debtor _____   Relationship _____
          District _____   When _____
                                                    MM / DD / YYYY
          Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | Check all that apply:<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the propery?** _____<br>   Number   Street<br>_____<br>City                    State<br>_____<br>ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>     Contact name _____<br>     Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds?** | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49  ☐ 50-99    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 100-199 ☐ 200-999 ☐ 5,001-10,000   ☐ 50,000-100,000<br>              ☐ 10,001-25,000  ☐ More than 100,000 |
| **15.** | **Estimated assets** | ☐ $0-$50,000          ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million   ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/12/2018
              MM/ DD/ YYYY

X    /s/ HENRY L. BARREDA              HENRY L. BARREDA
Signature of authorized representative of debtor    Printed name

Title    PRESIDENT

**18. Signature of attorney**

X    /s/ Alexis Fuentes-Hernandez    Date  09/12/2018
Signature of attorney for debtor                MM/ DD/ YYYY

Alexis Fuentes-Hernandez
Printed name

Fuentes Law Offices, LLC
Firm name

**P.O. Box 9022726**
Number       Street

**San Juan**                                **PR**            **00902**
City                                         State           ZIP Code

_____    alex@fuentes-law.com
Contact phone                 Email address

217201                        PR
Bar number                    State

Fill in this information to identify the case:

Debtor name: **SKYTEC, INC.**

United States Bankruptcy Court for the: **District of Puerto Rico, Hato Rey Division**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals  12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*..................................................................................................  $0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................  $2,119,734.55

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................  $2,119,734.55

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................  $2,008,335.59

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................  + $3,839,754.61

4. **Total liabilities**................................................................................................................................... $5,848,090.20
    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name: **SKYTEC, INC.**

United States Bankruptcy Court for the: District of Puerto Rico, Hato Rey Division

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C.<br>P.O. BOX 364966<br>San Juan, PR 00936 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | LEGAL SERVICES | | | | $10,825.08 |
| 2 | LOGISTICS SYSTEMS, INC.<br>3000 PALMER STREET<br>Missoula, MT 59808 | LOGISTICS SYSTEMS, INC. | LAWSUIT | Contingent<br>Disputed<br>Unliquidated | | | $3,711,945.00 |
| 3 | MARTINEZ-COLON, JUAN LORENZO<br>600 BOULEVARD DE LA MONTANA<br>San Juan, PR 00926 | MARTINEZ-COLON, JUAN LORENZO | LEGAL SERVICES | | | | $13,650.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor SKYTEC, INC.
    Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 2

# United States Bankruptcy Court
## District of Puerto Rico

**In re**
SKYTEC, INC.

Case No. _____

Chapter     **11**

**Debtor(s)**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . | $11,717.00 |
   | Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . | $11,717.00 |
   | Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |

2. The source of the compensation to be paid to me was:
   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 09/12/2018 | /s/ Alexis Fuentes-Hernandez |
|---|---|
| Date | Signature of Attorney |
| | Fuentes Law Offices, LLC |
| | Name of law firm |

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
HATO REY DIVISION**

IN RE: **SKYTEC, INC.**                                        CASE NO

                                                                            CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 09/12/2018 _____ Signature _____ /s/ HENRY L. BARREDA _____
                                                                                                 HENRY L. BARREDA, PRESIDENT

**HENRY L. BARREDA**
500 CARR. 869 SUITE 501
Catano, PR 00962

**SAMUEL T. BULL**
1111 THIRD AVE. SUITE 3000
Seattle, WA 98101

**CANCIO, NADAL, RIVERA & DIAZ, P.S.C.**
P.O. BOX 364966
San Juan, PR 00936

**MIGUEL CARBONELL TORRES**
500 CARR. 869 SUITE 501
Catano, PR 00962

**CRIM**
PO BOX 195378
SAN JUAN, PR 00919-5387

**DEPARTMENT OF LABOR**
SAN JUAN, PR

**FIRSTBANK PUERTO RICO**
P.O. BOX 9146
San Juan, PR 00908

**FONDO DEL SEGURO DEL ESTADO**
OFICINA REGIONAL SJ
PO BOX 42006
SAN JUAN, PR 00940-2006

**INTERNAL REVENUE SERVICE**
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**LOGISTICS SYSTEMS, INC.**
3000 PALMER STREET
Missoula, MT 59808

**JUAN LORENZO MARTINEZ-COLON**
600 BOULEVARD DE LA MONTANA APT. 460
San Juan, PR 00926

**MUNIPALITY OF CATANO**
P.O. BOX 428
Catano, PR 00963

**ORIENTAL BANK OF PR**
P.O. BOX 195115
San Juan, PR 00919

**CARLOS A. RODRIGUEZ-VIDAL**
250 MUNOZ RIVERA AVE.
San Juan, PR 00918

**TREASURY DEPARTMENT OF PUERTO RICO**
P.O. BOX 9022501
SAN JUAN, PR 00902-2501

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
## HATO REY DIVISION

IN RE: § §

**SKYTEC, INC.** § Case No. _____

§

Debtor(s) § Chapter  11

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐  *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
   I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑  *[Only include if petitioner is a corporation, partnership or limited liability company]* --
   I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date  09/12/2018            /s/ HENRY L. BARREDA
                            HENRY L. BARREDA
                            PRESIDENT
                            EIN No.   4 2 3 6

**PART II: DECLARATION OF ATTORNEY:**

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date  09/12/2018            /s/ Alexis Fuentes-Hernandez
                            Alexis Fuentes-Hernandez
                            Attorney