**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**SKYTEC INC**<br>**66–0564236**<br><br>Debtor(s) | Case No. **18–05288 ESL**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 1/30/19 |

***ORDER***

The motion filed by Debtor to withdraw Objection to Claim No. 3–2 (docket #102) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, January 30, 2019 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge