## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**SKYTEC INC**<br><br>**66–0564236**<br><br>Debtor(s) | Case No. **18–05288 ESL**<br><br>Chapter **11**<br><br><span style="color:red">FILED & ENTERED ON 2/14/19</span> |

### *ORDER*

The motion filed by creditor Logistic Systems, Inc. for entry of order directing examination under Rule 2004 and production of documents (docket #108) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, February 14, 2019 .

Enrique S. Lamoutte
United States Bankruptcy Judge