```
                          United States Bankruptcy Court
                              District of Puerto Rico

In re:                                                          Case No. 18-05288-ESL
SKYTEC INC                                                      Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0104-3          User: irizm              Page 1 of 2              Date Rcvd: Feb 14, 2019
                              Form ID: ogmf            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
db             +SKYTEC INC,    500 CARR 869,    SUITE 501,    CATANO, PR 00962-2011
smg             FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
smg            +PR DEPARTMENT OF LABOR,    PO BOX 195540,    HATO REY, PR 00919-5540
cr             +LOGISTIC SYSTEMS, INC.,    3000 PALMER,    MISSOULA, MT 59808-1671
cr             +ORIENTAL BANK,    PO BOX 11750,    FERNANDEZ JUNCOS STATION,    SAN JUAN, PR 00910-2850
4632004        +CANCIO, NADAL, RIVERA & DIAZ, P.S.C.,    P.O. BOX 364966,    San Juan, PR 00936-4966
4632005        +CARLOS A. RODRIGUEZ-VIDAL,    250 MUNOZ RIVERA AVE.,    San Juan, PR 00918-1808
4632006         CRIM,    PO BOX 195378,    SAN JUAN, PR 00919-5387
4673179        +Cancio Nadal Rivera & Daz, PSC,    403 Muoz Rivera Ave.,    San Juan, PR 00918-3113
4673202        +Cancio Nadal Rivera & Diaz, PSC,    403 Muoz Rivera Ave.,    San Juan, PR 00918-3113
4632007         DEPARTMENT OF LABOR,    SAN JUAN, PR
4632010        +HENRY L. BARREDA,    500 CARR. 869 SUITE 501,    Catano, PR 00962-2011
4632012        +JUAN LORENZO MARTINEZ-COLON,    600 BOULEVARD DE LA MONTANA APT. 460,    San Juan, PR 00926-7121
4632013        +LOGISTICS SYSTEMS, INC.,    3000 PALMER STREET,    Missoula, MT 59808-1671
4632014        +MIGUEL CARBONELL TORRES,    500 CARR. 869 SUITE 501,    Catano, PR 00962-2011
4632015        +MUNIPALITY OF CATANO,    P.O. BOX 428,    Catano, PR 00963-0428
4650232         McGrath RentCorp dba TRS-RenTelco,    PO Box 619260,    DFW Airport, TX 75261-9260
4644978         ORIENTAL BANK,    C/O BETTY APONTE DELGADO,    P.O. BOX 195115,    SAN JUAN, PR 00919-5115
4632016        +ORIENTAL BANK OF PR,    P.O. BOX 195115,    San Juan, PR 00919-5115
4632017        +SAMUEL T. BULL,    1111 THIRD AVE. SUITE 3000,    Seattle, WA 98101-3296
4674755        +Solymar Castillo Morales,    Goldman, Antonetti & Cordova, LLC,
                 250 Ave. Munoz Rivera Suite 1500,    San Juan, PR 00918-1824
4675002        +TRS RENTELCO,    PO BOX 619260,    DALLAS, TX 75261-9260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@hacienda.pr.gov Feb 14 2019 19:00:39      DEPARTAMENTO DE HACIENDA,
                 PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR 00902-4140
smg             E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Feb 14 2019 19:00:10      US TRUSTEE,
                 EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1922
cr             +E-mail/Text: laura.velez@firstbankpr.com Feb 14 2019 18:59:15      FIRST BANK PUERTO RICO,
                 PO BOX 9146,    SAN JUAN, PR 00908-0146
4673788        +E-mail/Text: g20956@att.com Feb 14 2019 19:00:24     AT&T Mobility Puerto Rico, Inc,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
4632008         E-mail/Text: laura.velez@firstbankpr.com Feb 14 2019 18:59:15      FIRST BANK,
                 CONSUMER SERVICE CENTER,    BANKRUPTCY DIVISION - CODE 248,
                 PO BOX 9146, SAN JUAN PR 00908-0146
4632009        +E-mail/Text: wcaraballo@fondopr.com Feb 14 2019 18:59:24      FONDO DEL SEGURO DEL ESTADO,
                 OFICINA REGIONAL SJ,    PO BOX 42006,    SAN JUAN, PR 00940-2206
4632011         E-mail/Text: cio.bncmail@irs.gov Feb 14 2019 18:59:21      INTERNAL REVENUE SERVICE,
                 P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
4632018         E-mail/Text: bankruptcy@hacienda.pr.gov Feb 14 2019 19:00:39
                 TREASURY DEPARTMENT OF PUERTO RICO,    P.O. BOX 9022501,    SAN JUAN, PR 00902-2501
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
fa              Luis R. CPA Luis Carrasquillo
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0104-3          User: irizm              Page 2 of 2              Date Rcvd: Feb 14, 2019
                              Form ID: ogmf            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:

          ALEXIS  FUENTES HERNANDEZ    on behalf of Debtor    SKYTEC INC alex@fuentes-law.com,
           fuenteslaw@icloud.com
          ALFREDO  FERNANDEZ MARTINEZ    on behalf of Creditor    ORIENTAL BANK
           afernandez@delgadofernandez.com,  aperez@delgadofernandez.com
          Bryan T. Glover,    on behalf of Creditor    LOGISTIC SYSTEMS, INC. bryan.glover@foster.com,
           Sandra.lonon@foster.com;litdocket@foster.com
          CARLOS A RODRIGUEZ VIDAL    on behalf of Creditor    LOGISTIC SYSTEMS, INC.
           crodriguez-vidal@gaclaw.com
          FRANSHESKA JANET PABON    on behalf of Creditor    FIRST BANK PUERTO RICO FPabon@lvvlaw.com,
           NCruz@lvvlaw.com
          MARISTELLA  SANCHEZ RODRIGUEZ    on behalf of Debtor    SKYTEC INC msanchez@delgadofernandez.com,
           blopez@delgadofernandez.com;msanchez.ecf@gmail.com
          MARISTELLA  SANCHEZ RODRIGUEZ    on behalf of Creditor    ORIENTAL BANK
           msanchez@delgadofernandez.com,  blopez@delgadofernandez.com;msanchez.ecf@gmail.com
          MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
          SOLYMAR  CASTILLO MORALES    on behalf of Creditor    LOGISTIC SYSTEMS, INC. scastillo@gaclaw.com,
           jrosado@gaclaw.com
          Samuel T. Bull,    on behalf of Creditor    LOGISTIC SYSTEMS, INC. sam.bull@foster.com,
           jan.howell@foster.com;litdocket@foster.com
          US TRUSTEE    ustpregion21.hr.ecf@usdoj.gov

                                                                                                            TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br><br>**SKYTEC INC** <br><br>**66–0564236** <br><br>Debtor(s) | Case No. **18–05288 ESL** <br><br>Chapter **11** <br><br>FILED & ENTERED ON 2/14/19 |

***ORDER***

The motion filed by creditor Logistic Systems, Inc. for entry of order directing examination under Rule 2004 and production of documents (docket #108) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, February 14, 2019 .

Enrique S. Lamoutte
United States Bankruptcy Judge