UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: SKYTEC, INC

CASE NO: 18-05288 (ESL)

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 2/20/2019, I did cause a copy of the following documents, described below,

Order Conditionally Approving Disclosure Statement

Disclosure Statement

Exhibits A to D of the Disclosure Statement

Exhibit E to F of the Disclosure Statement

Exhibit G of the Disclosure Statement

Exhibit H of the Disclosure Statement

Exhibit I to J of the Disclosure Statement

Plan of Reorganization

Ballots for Classes 1, 2, and 3

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/20/2019

/s/ Alexis Fuentes Hernandez
Alexis Fuentes Hernandez  217201
FUENTES LAW OFFICES, LLC
P.O. Box 9022726
San Juan, PR  00902-2726
787 722 5215

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: SKYTEC, INC

CASE NO: 18-05288 (ESL)

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 2/20/2019, a copy of the following documents, described below,

Order Conditionally Approving Disclosure Statement

Disclosure Statement

Exhibits A to D of the Disclosure Statement

Exhibit E to F of the Disclosure Statement

Exhibit G of the Disclosure Statement

Exhibit H of the Disclosure Statement

Exhibit I to J of the Disclosure Statement

Plan of Reorganization

Ballots for Classes 1, 2, and 3

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/20/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Alexis Fuentes Hernandez
FUENTES LAW OFFICES, LLC
P.O. Box 9022726
San Juan, PR  00902-2726

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              FIRST BANK PUERTO RICO              LOGISTIC SYSTEMS INC
 LABEL MATRIX FOR LOCAL NOTICING       PO BOX 9146                         3000 PALMER
01043                                  SAN JUAN PR 00908-0146              MISSOULA MT 59808-1671
CASE 18-05288-ESL11
DISTRICT OF PUERTO RICO
OLD SAN JUAN
WED FEB 20 12-01-19 AST 2019


                                       DEBTOR
ORIENTAL BANK                                                              US TRUSTEE
PO BOX 11750                           SKYTEC INC                          US TRUSTEE
FERNANDEZ JUNCOS STATION               500 CARR 869                        EDIFICIO OCHOA
SAN JUAN PR 00910-2850                 SUITE 501                           500 TANCA STREET SUITE 301
                                       CATANO PR 00962-2011                SAN JUAN PR 00901-1922



US BANKRUPTCY COURT DISTRICT OF PR     ATT MOBILITY PUERTO RICO INC        CANCIO NADAL RIVERA   DIAZ PSC
JOSE V TOLEDO FED BLDG  US COURTHOUSE  ATT SERVICES INC                    PO BOX 364966
300 RECINTO SUR STREET ROOM 109        KAREN A CAVAGNARO PARALEGAL         SAN JUAN PR 00936-4966
SAN JUAN PR 00901-1964                 ONE ATT WAY SUITE 3A104
                                       BEDMINSTER NJ 07921-2693



CARLOS A RODRIGUEZ VIDAL               CRIM                                CANCIO NADAL RIVERA   DAZ PSC
250 MUNOZ RIVERA AVE                   PO BOX 195378                       403 MUOZ RIVERA AVE
SAN JUAN PR 00918-1808                 SAN JUAN PR 00919-5387              SAN JUAN PR 00918-3113



CANCIO NADAL RIVERA   DIAZ PSC         EXCLUDE                             FIRST BANK
403 MUOZ RIVERA AVE                    DEPARTMENT OF LABOR                 CONSUMER SERVICE CENTER
SAN JUAN PR 00918-3113                 SAN JUAN PR                         BANKRUPTCY DIVISION - CODE 248
                                                                           PO BOX 9146 SAN JUAN PR 00908-0146



FONDO DEL SEGURO DEL ESTADO            HENRY L BARREDA                     INTERNAL REVENUE SERVICE
OFICINA REGIONAL SJ                    500 CARR 869 SUITE 501              PO BOX 7346
PO BOX 42006                           CATANO PR 00962-2011                PHILADELPHIA PA 19101-7346
SAN JUAN PR 00940-2206



JUAN LORENZO MARTINEZ COLON            LOGISTICS SYSTEMS INC               MIGUEL CARBONELL TORRES
600 BOULEVARD DE LA MONTANA APT 460    3000 PALMER STREET                  500 CARR 869 SUITE 501
SAN JUAN PR 00926-7121                 MISSOULA MT 59808-1671              CATANO PR 00962-2011



MUNIPALITY OF CATANO                   MCGRATH RENTCORP DBA TRS RENTELCO   ORIENTAL BANK
PO BOX 428                             PO BOX 619260                       CO BETTY APONTE DELGADO
CATANO PR 00963-0428                   DFW AIRPORT TX 75261-9260           PO BOX 195115
                                                                           SAN JUAN PR 00919-5115



ORIENTAL BANK OF PR                    SAMUEL T BULL                       SOLYMAR CASTILLO MORALES
PO BOX 195115                          1111 THIRD AVE SUITE 3000           GOLDMAN ANTONETTI  CORDOVA LLC
SAN JUAN PR 00919-5115                 SEATTLE WA 98101-3296               250 AVE MUNOZ RIVERA SUITE 1500
                                                                           SAN JUAN PR 00918-1824
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
TREASURY DEPARTMENT OF PUERTO RICO    TRS RENTELCO                    ALEXIS FUENTES HERNANDEZ
PO BOX 9022501                        PO BOX 619260                   FUENTES LAW OFFICES LLC
SAN JUAN PR 00902-2501                DALLAS TX 75261-9260            PO BOX 9022726
                                                                      SAN JUAN PR 00902-2726


MARISTELLA SANCHEZ RODRIGUEZ          MONSITA LECAROZ ARRIBAS
DELGADO  FERNANDEZ LLC                OFFICE OF THE US TRUSTEE UST
PO BOX 11750                          OCHOA BUILDING
FERNANDEZ JUNCOS STA                  500 TANCA STREET SUITE 301
SAN JUAN PR 00910-2850                SAN JUAN PR 00901
```