IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-05288-ESL11 |
|---|---|
| SKYTEC INC | Chapter 11 |
| 66-0564236 | |
| Debtor(s) | FILED & ENTERED ON FEB/27/2019 |

ORDER

The application for allowance of compensation filed by ALEXIS FUENTES HERNANDEZ, in the amount of $38,706.91 (Docket Entry #101), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

In San Juan, Puerto Rico, this 27 day of February, 2019.

*Enrique S. Lamoutte*
United States Bankruptcy Judge