IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 18-05288-ESL11 |
| SKYTEC INC | Chapter 11 |
| 66-0564236 | |
| Debtor(s) | FILED & ENTERED ON MAR/04/2019 |

ORDER

The Motion to Quash Logistic Systems, Inc.'s Subpoena for Rule 2004 Examination and Request for Production of Documents, filed by Oriental Bank (Docket Entry #116) is hereby granted. The court notes the intent to oppose the motion for reconsideration (docket #110) and the motion to quash (docket #116) filed by Oriental Bank in relation to the application for a rule 2004 examination filed by Logistics Systems, Inc. (docket #108). The opposition shall be filed within seven (7) days. The court further notes that the objection by Logistics Systems to the stipulation for the use of cash collateral by and between the Debtor and Oriental Bank has been scheduled for March 26, 2019 and that proposed findings of fact and conclusions of law must be filed seven (7) days prior to the hearing. However, at this time the court limits the scope of discovery from Oriental Bank to the proof of claim filed by Oriental as the same is the primary basis for the stipulation for the use of cash collateral.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4 day of March, 2019.

Enrique S. Lamoutte
United States Bankruptcy Judge