Skytec, Inc.
**CASE NO. 18-05288-ESL**
**CLASS 3**
**General Unsecured Claims**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>SKYTEC, INC.<br><br>DEBTOR | CASE NO. 18-05288 (ESL)<br><br>CHAPTER 11 |

### CLASS [3] BALLOT FOR ACCEPTING OR REJECTING
### PLAN OF REORGANIZATION OF
### SKYTEC, INC.

The Estate of Skytec, Inc., filed its Plan of Reorganization dated __January 16__, 2019, (the "Plan") for the Debtor in this case. The Court has approved the Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Alexis Fuentes Hernández, Esq., PO Box 9022726, San Juan, P.R. 00902. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class [3] under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Alexis Fuentes Hernández, Esq., at the address indicated above on or before __March 18__, 2019 at 4:00 P.M. (EST.), and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**Skytec, Inc.**
**CASE NO. 18-05288-ESL**
**CLASS 3**
**General Unsecured Claims**
**Page 2 of 2**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [3] claim against the Debtor, in the unpaid amount of $ five million, one hundred sixty seven thousand, six hundred one dollars and eighty six cents ($5,167,601.86)

☐ ACCEPTS THE PLAN            ☑ REJECTS THE PLAN

Dated: 03/13/19

Print or type name of creditor: Logistic Systems, Inc.

Signature: _Srinivas Mondava_

Name and Title: Srinivas Mondava, President Logistic Systems, Inc.

Address: 3000 Palmer Street, Missoula, MT 59808

RETURN THIS BALLOT TO:

Skytec, Inc.
c/o Alexis Fuentes-Hernández, Esq.
USDC-PR 217201
FUENTES LAW OFFICES, LLC
P.O. Box 9022726
San Juan, PR 00902-2726