# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>SKYTEC, INC.<br><br>Debtor | CASE NO. 18-05288 (ESL)<br><br><br>CHAPTER 11 |

### MOTION TO INFORM JOINDER TO ORIENTAL BANK'S PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW

TO THE HONORABLE COURT:

COMES NOW Debtor through its undersigned counsel and very respectfully states and prays:

1. On September 12, 2018, Debtor filed its voluntary petition for reorganization under the provisions of Chapter 11 of the Bankruptcy Code, and as of that date has been operating its business and managing its affairs as a debtor in possession, as provided for in the Bankruptcy Code. See Docket No. 1.

2. On even date, Oriental Bank ("Oriental") filed its proposed findings of facts and conclusions of law for the hearing on the contested matter regarding Logistic System, Inc.'s opposition to the joint stipulation for the interim use of cash collateral and adequate protection. See Docket No. 135.

3. Debtor has reviewed Docket No. 135, and hereby joins the same in its entirety.

**WHEREFORE**, it is respectfully requested that this Court takes notice of the above.

Case:18-05288-ESL11 Doc#:137 Filed:03/19/19 Entered:03/19/19 22:09:23 Desc: Main
Document Page 2 of 2

**Skytec, Inc.**
*Motion To Inform Joinder* Page 2
==============================================================================

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, which will send notification of such filing to the Office of the United States Trustee, and all participants of CM/EMF.

San Juan, Puerto Rico, this 19th day of March, 2019.

*s/ Alexis Fuentes-Hernández, Esq.*
**Alexis Fuentes-Hernández, Esq.**
USDC-PR 217201

**FUENTES LAW OFFICES, LLC**
P.O. Box 9022726
San Juan, PR 00902-2726
Tel. (787) 722-5215, 5216
E-Mail: alex@fuentes-law.com