CLASS 3
General Unsecured Claims

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE:

SKYTEC, INC.

DEBTOR

CASE NO. 18-05288 (ESL)

CONSOLIDATED

CHAPTER 11

## CLASS [3] BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION OF
## SKYTEC, INC.

The Estate of **Skytec, Inc.**, filed its Plan of Reorganization dated January 16, 2019, (the "Plan") for the Debtor in this case. The Court has conditionally approved the Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from **Alexis Fuentes Hernández, Esq., PO Box 9022726, San Juan, P.R. 00902**. Court conditional approval of the Disclosure Statement does not indicate approval of the Plan by the Court.



**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class [3] under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Alexis Fuentes Hernández, Esq., at the address indicated above on or before March 18, 2019 at 4:00 P.M. (EST.), and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

CLASS 3
General Unsecured Claims
Page 2 of 2

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [3] claim against the Debtor, in the unpaid amount of $ #49,490.68 ($_____).

☑ ACCEPTS THE PLAN  ☐ REJECTS THE PLAN

Dated: March 22, 2019

Print or type name of creditor: Cancio Nadal Rivera & Diaz, PSC

Signature: _____

Name and Title: Edgar Hernandez Sanchez / Attorney

Address: 403 Muñoz Rivera Ave.
San Juan, PR 10918

RETURN THIS BALLOT TO:

Skytec, Inc.
c/o Alexis Fuentes-Hernández, Esq.
USDC-PR 217201
FUENTES LAW OFFICES, LLC
P.O. Box 9022726
San Juan, PR 00902-2726