IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>SKYTEC INC<br><br><br>66-0564236<br><br><br>Debtor(s) | CASE NO. 18-05288-ESL11<br>Chapter 11<br><br><br><br><br><br>FILED & ENTERED ON MAR/25/2019 |

ORDER

Attorney Bryan T. Glover for Logistic Systems, Inc. may appear telephonically at the hearing to be held on March 26, 2019 at 2:00 PM However, if local counsel is not present, Logistic Systems, Inc. will not be permitted to cross-examine any witnesses, or present documentary evidence at the hearing. Please take note that specialized instructions on how telephone appearances are to be conducted in the San Juan Courthouse are provided by PR LBR 9074-1.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25 day of March, 2019.

Enrique S. Lamoutte
United States Bankruptcy Judge