IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-05288-BKT11 |
|---|---|
| SKYTEC INC | Chapter 11 |
| Debtor(s) | FILED & ENTERED ON MAR/28/2019 |

NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

Upon the order entered on March 26, 2019 (docket #155), please take notice that the instant case has been reassigned to the Honorable Brian K. Tester (BKT), U.S. Bankruptcy Judge.

In San Juan, Puerto Rico, this 28 day of March, 2019.

MARIA DE LOS ANGELES GONAZALEZ, ESQ.
Clerk of Court

By: Carmen Figueroa, Deputy Clerk