IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-05288-BKT11 |
|---|---|
| SKYTEC INC | Chapter 11 |
| 66-0564236 | |
| Debtor(s) | FILED & ENTERED ON MAR/28/2019 |

ORDER

I hereby disqualify myself from this case. The Clerk shall reassign this case to another judge.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28 day of March, 2019.

Brian K. Tester
United States Bankruptcy Judge