IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>SKYTEC INC<br><br><br>66-0564236<br><br><br>Debtor | CASE NO. 18-05288-EAG11<br>Chapter 11<br><br><br><br><br><br>FILED & ENTERED ON MAR/28/2019 |

NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

    Upon the order entered on March 28, 2019 (docket entry #158), please take notice that the instant case has been reassigned to the Honorable Edward A. Godoy, U.S. Bankruptcy Judge.

    In Ponce, Puerto Rico, this 28 day of March, 2019.

                               MARIA DE LOS ANGELES GONZALEZ, ESQ.
                                      Clerk of the Court
                               By: Milagros Irizarry, Deputy Clerk