IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>SKYTEC INC<br><br><br>66-0564236<br><br><br>Debtor | CASE NO. 18-05288-EAG11<br>Chapter 11<br><br><br><br><br><br>FILED & ENTERED ON MAR/28/2019 |

ORDER

The motion filed by Debtor for entry of order extending deadline to confirm plan of reorganization pursuant to Sections 1121(e)(3) and 1129(e) (docket #152), is hereby granted to the extent it seeks to extend the deadline to confirm the plan until May 31, 2019.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 28 day of March, 2019.

Edward A. Godoy
United States Bankruptcy Judge