United States Bankruptcy Court
District of Puerto Rico

In re:                                                              Case No. 18-05288-ESL
SKYTEC INC                                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0104-3         User: rodriguez         Page 1 of 1          Date Rcvd: Mar 27, 2019
                             Form ID: pdf002         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db             +SKYTEC INC,    500 CARR 869,    SUITE 501,    CATANO, PR 00962-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              ALEXIS   FUENTES HERNANDEZ    on behalf of Debtor    SKYTEC INC alex@fuentes-law.com,
               fuenteslaw@icloud.com
              ALFREDO   FERNANDEZ MARTINEZ    on behalf of Creditor    ORIENTAL BANK
               afernandez@delgadofernandez.com,   aperez@delgadofernandez.com
              Bryan T. Glover,    on behalf of Creditor    LOGISTIC SYSTEMS, INC. bryan.glover@foster.com,
               Sandra.lonon@foster.com;litdocket@foster.com
              CARLOS A RODRIGUEZ VIDAL    on behalf of Creditor    LOGISTIC SYSTEMS, INC.
               crodriguez-vidal@gaclaw.com
              FRANSHESKA JANET PABON    on behalf of Creditor    FIRST BANK PUERTO RICO FPabon@lvvlaw.com,
               NCruz@lvvlaw.com
              MARISTELLA   SANCHEZ RODRIGUEZ    on behalf of Debtor    SKYTEC INC msanchez@delgadofernandez.com,
               blopez@delgadofernandez.com;msanchez.ecf@gmail.com
              MARISTELLA   SANCHEZ RODRIGUEZ    on behalf of Creditor    ORIENTAL BANK
               msanchez@delgadofernandez.com,   blopez@delgadofernandez.com;msanchez.ecf@gmail.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              SOLYMAR   CASTILLO MORALES    on behalf of Creditor    LOGISTIC SYSTEMS, INC. scastillo@gaclaw.com,
               jrosado@gaclaw.com
              Samuel T. Bull,    on behalf of Creditor    LOGISTIC SYSTEMS, INC. sam.bull@foster.com,
               jan.howell@foster.com;litdocket@foster.com
              US TRUSTEE    ustpregion21.hr.ecf@usdoj.gov
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

### Hearing Information:

**Debtor:** SKYTEC INC
**Case Number:** 18-05288-ESL11        **Chapter:** 11
**Date / Time / Room:** 03/26/2019 02:00 pm osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** DENNIS RODRIGUEZ
**Reporter / ECR:** LOURDES ALAVAREZ

### Matter:

Final Approval of the Disclosure Statement and Confirmation Hearing 11
#91 Disclosure Statement for Small Business dated January 16, 2019
#92 Chapter 11 Small Business Plan of Reorganization dated January 16, 2019
#130 and #131 Objection to Disclosure Statement filed by Logistic Systems, Inc.
#132 Objection to Confirmation filed by Logistic Systems, Inc.

### Appearances:

ALEXIS FUENTES HERNANDEZ ✓
CARLOS A RODRIGUEZ VIDAL ✓
Jolymer Costillo, Logistics Systems, Inc.
Maristelle Sanchez, Oriental Bank.

### Proceedings:

**ORDER:**

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. ___

___ The motion to dismiss is hereby granted for the reasons stated in open court. The Court requests a transcript to constitute its findings and conclusions pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure.

___ The parties are granted ___ days to file a settlement agreement.

___ The hearing is continued to: _____.

X Other: The court met in chambers with counsel for the above parties and disclosed the reasons leading for this judge to recuse himself from the instant case after today's hearing. For the reasons stated in open court, the approval of the disclosure statement is denied; namely, the need to disclose prepetition transfers to insiders and the existence of avoidance actions, if any; the valuation of assets, particularly the intangible assets; and detail which leases are being assumed and which leases are being rejected.
Debtor is hereby granted 14 days after a bankruptcy judge is assigned to file an amended disclosure statement, and chapter 11 plan, if appropriate. Logistics has no opposition.
Court questions whether the debtor is a "small business". The undersigned recuses himself from this case pursuant to Fed. R. Bankr. P. 5004. The clerk shall reassign this case to another judge.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge