**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**SKYTEC INC**<br>**66−0564236**<br><br>Debtor(s) | Case No. **18−05288 EAG**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 4/9/19 |

*ORDER*

The motion filed by Debtor requesting extension of time of 21 days to file opposition to motion to request appointment of Chapter 11 Trustee (docket #169) is hereby granted. Order due by April 29, 2019.

IT SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, April 9, 2019 .

Edward A. Godoy
United States Bankruptcy Judge