# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 18-05288 (ESL) |
| SKYTEC, INC. | |
| Debtor | CHAPTER 11 |

## MOTION FOR ENTRY OF ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND SCHEDULING HEARING TO CONFIRM PLAN OF REORGANIZATION

TO THE HONORABLE COURT:

Comes now Debtor through its undersigned counsel and very respectfully states and prays:

1. On September 12, 2018, Debtor filed its voluntary petition for reorganization under the provisions of Chapter 11 of the Bankruptcy Code, and as of that date has been operating its business and managing its affairs as a debtor in possession, as provided for in the Bankruptcy Code. See Docket No. 1.

2. Debtor is a small business as defined under Section 101(51) of the Bankruptcy Code,

3. On January 16, 2019, Debtor filed its Disclosure Statement and Plan of Reorganization. (See Docket Nos. 91 and 92).

4. On even date, Debtor proceeded to file its First Amended Disclosure

Statement in order to include information that this Court deemed necessary before the final approval of the same. However, the plan of reorganization stayed as filed on January 16, 2019.

5. Therefore, Debtor hereby request that the Court enters an order conditionally approving Debtor's Disclosure Statement and schedules a hearing for the final approval of the same and the confirmation of the Plan of Reorganization filed on January 16, 2019, which deadline to confirm has been previously extended by this Court.

**WHEREFORE**, Debtor respectfully requests that this Court enters the aforementioned order as soon as possible.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee, and all participants of CM/ECF.

San Juan, Puerto Rico, this 15th day of April, 2019.

s/ Alexis Fuentes-Hernández, Esq.
**Alexis Fuentes-Hernández, Esq.**
USDC-PR 217201

**FUENTES LAW OFFICES, LLC**
P.O. Box 9022726
San Juan, PR 00902-2726
Tel. (787) 722-5215, 5216
E-Mail: alex@fuentes-law.com