IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-05288-EAG11 |
|---|---|
| SKYTEC INC | Chapter 11 |
| 66-0564236 | |
| Debtor | FILED & ENTERED ON APR/16/2019 |

ORDER AND NOTICE

    A hearing on final approval of the amended disclosure statement (docket entry #175) and the chapter 11 plan (docket entry #92) is hereby set for May 17, 2019 at 10:00a.m. at Jose V. Toledo Fed Bldg. & US Courthouse, 300 Recinto Sur, 3rd Floor Courtroom 3, San Juan, Puerto Rico.  The motion to appoint trustee, filed by Logistic Systems, Inc., at docket number 149 is set for the same hearing.  The debtor has been granted an extension of time until April 29, 2019 to respond to Logistic Systems' motion.  If the debtor responds to the motion timely, the parties are to file a joint pretrial report by May 10, 2019, containing a joint statement of uncontested facts, and a list of witnesses and proposed exhibits.  If the debtor does not respond to the motion timely, the same may be granted without further notice or hearing.

    IT IS SO ORDERED.

    In Ponce, Puerto Rico, this 16 day of April, 2019.

*Edward A. Godoy*
United States Bankruptcy Judge