IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>SKYTEC INC<br><br><br>66-0564236<br><br><br>Debtor(s) | CASE NO. 18-05288-EAG11<br>Chapter 11<br><br><br><br><br>FILED & ENTERED ON MAY/16/2019 |

ORDER

    Logistic Systems, INC., may appear telephonically at the hearing to be held on May 17, 2019 at 10:00 AM at the United States Bankruptcy Court, JOSE V TOLEDO FED BLDG & US COURTHOUSE, 300 RECINTO SUR, 3RD FLOOR COURTROOM 3, SAN JUAN, PUERTO RICO. However, if local counsel is not present, movant will not be permitted to cross-examine any witnesses, or present documentary evidence at the hearing. Please take note that specialized instructions on how telephone appearances are to be conducted in the Ponce Courthouse are provided in the P.R. LBR 9074-1.

    IT IS SO ORDERED.

    In Ponce, Puerto Rico, this 16 day of May, 2019.

*Edward A. Godoy*
United States Bankruptcy Judge