# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: SKYTEC INC
Case Number: 18-05288-EAG11  Chapter: 11
Date / Time / Room: 05/17/2019 10:00 am
Bankruptcy Judge: EDWARD A. GODOY
Courtroom Clerk: MILAGROS IRIZARRY
Reporter / ECR: GRACIELA MUÑIZ

## Matter:

FINAL APPROVAL ON AMENDED DISCLOSURE STATEMENT DATED 04/15/2019 (#175) AND CONFIRMATION HEARING OF CH. 11 PLAN DATED 01/16/2019 (#92)
OBJECTION TO THE DISCLOSURE STATEMENT FILED BY LOGISTIC SYSTEMS, INC. (#184)
LOGISTIC SYSTEMS, INC'S MOTION TO APPOINT TRUSTEE (#149)

## Appearances:

ALEXIS FUENTES HERNANDEZ – counsel for Debtor
MARISTELLA SANCHEZ RODRIGUEZ- counsel for Oriental Bank
CARLOS A. RODRIGUEZ VIDAL/SOLYMAR CASTILLO MORALES/ ANDREW MORTON - counsel for Logistic Systems, Inc.

## Minutes of Proceedings:

## ORDER:

Oriental Bank's motion to alter or amend *nunc pro tunc* the minutes of the contested matter regarding the stipulation for the use of cash collateral (docket entry #168) is granted as unopposed. With the consent of Oriental Bank, the stipulation for interim use of cash collateral at docket number 67, as approved by the court at docket number 154 and clarified at docket number 168, is hereby extended until August 29, 2019.

For the reasons proffered in open court, a pre-trial order will be entered by May 24, 2019. Parties are to file a joint pre-trial report, in compliance with the court's order, within 45 days from the entry of the pre-trial order. An evidentiary hearing is scheduled for August 28 and 29, 2019 at 9:30 AM at Jose V. Toledo Federal Building & US Courthouse, 300 Recinto Sur, 2nd Floor, Court Room 1, San Juan, Puerto Rico.

/s/EDWARD A. GODOY
U. S. Bankruptcy Judge