## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 18-05288 EAG |
| SKYTEC, INC., | CHAPTER 11 |
| DEBTOR | FILED AND ENTERED 05/23/2019 |

### ORDER TO FILE PRE-HEARING REPORT

On March 24, 2019, creditor Logistic Systems, Inc. ("Logistic") filed a motion to appoint a chapter 11 trustee. (Dkt. No. 149.) The debtor opposed on April 29, 2019. (Dkt. No. 181.) Logistic replied on May 10, 2019. (Dkt. No. 187.) An evidentiary hearing is scheduled on the matter for August 28 and 29, 2019 at 9:30a.m. at Jose V. Toledo Federal Building & US Courthouse, 300 Recinto Sur, 2nd Floor, Court Room 1, San Juan, Puerto Rico.

**IT IS ORDERED** that, in preparation for the evidentiary hearing, each party is to file by or before Monday, July 8, 2019, a pre-hearing report which must contain:

1. A joint statement of stipulated facts.

2. Proposed findings of fact and conclusions of law. <u>Each proposed finding of fact shall refer to a document and/or a witness</u>.

3. A list of the witnesses (except impeaching/rebuttal witnesses) the party intends to call at the hearing and <u>a brief statement as to the testimony of each witness.</u> Indicate if any listed witness needs an interpreter. The parties will have to bring their own interpreter. The court will not provide the services of an interpreter.

4. A list of the expert witnesses the party intends to call at the hearing and <u>a brief</u>

<u>statement as to the testimony of each expert witness</u>. The qualifications of the expert witness must be attached to the pre-hearing report.

    5. A list of exhibits to be offered at the hearing by each party (other than those to be used for impeachment):

    a) In the sequence proposed to be offered.

    b) The exhibits of the debtor must be identified alphabetically (A-Z).

    c) The exhibits of Logistic must be identified numerically (1-100).

    d) With a description of each, sufficient for identification.

    e) With a statement confirming that the party has exchanged copies of all exhibits with other parties prior to July 8, 2019.

    g) Copies of exhibits must be legible and copies of photographs must be in color, unless the original photograph is in black and white. Exhibits submitted in violation of this rule will not be admissible into evidence. All exhibits and documentary evidence in Spanish, or other language, shall be fully translated to the English language by a certified translator.

    6. Estimated time needed by each party at the hearing.

**IT IS FURTHER ORDERED** that the parties to this contested matter bring to Jose V. Toledo Federal Building & US Courthouse, 300 Recinto Sur, 3rd Floor, Court Room 3, San Juan, Puerto Rico on August 23, 2019 at 2:00p.m. three (3) copies of all exhibits to be offered at the hearing for marking by the Courtroom Deputy Clerk. These copies are in addition to those previously exchanged between counsel. Each set of exhibits must be accompanied by an exhibit list using Puerto Rico Local Bankruptcy Form "F" and must be identified in accordance with the instructions above of this order. The parties are encouraged to agree beforehand to

those exhibits as to which there is no objection to their admission into evidence so that they may be marked directly as admitted exhibits.

**IT IS FURTHER ORDERED** that failure to comply with this order may result in the imposition of sanctions including the dismissal of the case; the striking of Logistic's motion to appoint trustee; the payment of costs, attorney's fees, and monetary fines imposed on the attorney and/or client who violates this order by not filing the required pre-hearing report in a timely basis; and/or as provided in Rule 16(f) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

In Ponce, Puerto Rico, this 23th day of May 2019.

Edward A. Godoy
U.S. Bankruptcy Judge