# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 18-05288 (ESL) |
| SKYTEC, INC. | |
| Debtor | CHAPTER 11 |

## MOTION TO INFORM DEBTOR'S ATTORNEY WILL BE OUT OF OFFICE FROM JUNE 29, 2019 TO JULY 13, 2019

TO THE HONORABLE COURT:

COMES NOW Alexis Fuentes Hernández, counsel for Debtor, and very respectfully states and prays:

1. The undersigned counsel will be out of the office from June 29, 2019 to July 13, 2019.

2. It is respectfully requested that no hearing or matters be scheduled during that time.

**WHEREFORE**, it is respectfully requested that this Court takes notice of the above.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, which will send notification of such filing to the Office of the United States Trustee, and all participants of CM/EMF.

San Juan, Puerto Rico, this 28th day of May, 2019.

*s/ Alexis Fuentes-Hernández, Esq.*
**Alexis Fuentes-Hernández, Esq.**
USDC-PR 217201

**FUENTES LAW OFFICES, LLC**
P.O. Box 9022726
San Juan, PR  00902-2726
Tel. (787) 722-5215, 5216
E-Mail: alex@fuentes-law.com