**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** | **Bankruptcy No.: 18-05288- (EAG) 11** |
| **Skytec, Inc.** | |
| | **Chapter 11** |
| **Debtor** | |

## NOTICE AND CERTIFICATE OF MAILING

**TO: CREDITORS AND PARTIES IN INTEREST**

As required by Rules 2002(a)(7) and (c)(2) of the Federal Rules of Bankruptcy Procedure, you are hereby notified that on this date, CPA Luis R. Carrasquillo & Co., P.S.C. (the "Applicant") has filed his Second Application for Interim Compensation for Financial Consultant (the "Application") in the above captioned case covering the period of January 25, 2019 to May 31, 2019, for an amount of $12,289.00 for fees, plus expenses incurred for $96.70, plus sales and use tax charges in the amount of $491.56, for a total due to Applicant of **$12,877.26**. The original of the Application and its Exhibits are on file with the Clerk of the Court, where they can be examined. Within twenty one (21) days after service of this notice and an additional three (3) days pursuant to Fed.R.Bank.P. 9006(f) if served by mail, any creditor or party in interest served, or any party who objects to the Application shall serve and file an objection thereto with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico and on the undersigned Applicant. If no objection or other response is filed within the time allowed herein, the Application will be deemed unopposed. If you file a timely objection to the Application, the same will be scheduled to be heard before the Honorable Eduard A. Godoy, at the United States Bankruptcy Court, U.S. Post Office and Courtroom Building, 300 Recinto Sur Street, Old San Juan, P.R. 00901.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date a copy of this certificate has been sent to (i) United States Trustee's Office, Ochoa Building, 500 Tanca Street, Suite 301, Old San Juan, Puerto Rico 00901; (ii) Alexis Fuentes Hernández, Esq., at P.O. Box 9022726 San Juan, P.R. 00902; iii) Debtor at 500 Carr.869, Suite 501, Cataño, P.R. 00962, and (iv) to all creditors and parties in interest as per the Master Address List.

San Juan, Puerto Rico, this 3rd day of June 2019.

**Luis R. Carrasquillo Ruiz, CPA, CIRA, CVA**
CPA Luis R. Carrasquillo & Co., P.S.C.
28th Street, TI – 26
Turabo Gardens, Caguas PR 00725
Tel.: 787-746-4555, 787-746-4556
Fax: 787-746-4564
E-Mail: luis@cpacarrasquillo.com