# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 18-05288 (EAG)** |
| **SKYTEC, INC.**<br>Debtor | **CHAPTER 11** |

## NOTICE OF APPEARANCE ON BEHALF OF THE MUNICIPALITY OF CATAÑO

**TO THE HONORABLE COURT:**

Come the defendants, through their undersigned attorney, and respectfully **STATE and PRAY:**

1. The undersigned attorneys' law firm has been retained to represent creditor Municipality of Cataño, Puerto Rico in the above captioned matter.

2. We hereby request that any correspondence addressed to the Municipality of Bayamón be mailed to the following address:

Aldarondo & López Bras
ALB Plaza
#16 Carr.199
Suite 400
Guaynabo, P.R. 00969
Tel. 787-474-5447
Fax. 787-474-5451

E-mail: icastro@alblegal.net;

**WHEREFORE:** Respectfully, we are requesting from this Court to take notice of the above and accept the undersigned's appearance as attorneys of record.

2

In Guaynabo, Puerto Rico, this June 26th, 2019.

*s/Iván M. Castro Ortiz*
USDC-PR NO. 214-703

**ALDARONDO & LÓPEZ BRAS**
**ALB Plaza**
#16 Carr.199
Suite 400
Guaynabo, P.R. 00969
Tel. 787-474-5447
Fax. 787-474-5451
e-mail:icastro@alblegal.net