IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>SKYTEC INC<br><br>66-0564236<br><br>Debtor(s) | CASE NO. 18-05288-EAG11<br>Chapter 11<br><br><br><br><br>FILED & ENTERED ON JUL/01/2019 |
|---|---|

O R D E R

The application for allowance of compensation filed by Luis R. Carrasquillo Ruiz, Financial Advisor in the amount of $12,289.00, plus expenses $96.70. for a total amount of $12,385.70(docket #215), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 1 day of July, 2019.

Edward A. Godoy
United States Bankruptcy Judge