IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>SKYTEC INC<br><br><br>66-0564236<br><br><br>Debtor | CASE NO. 18-05288-EAG11<br>Chapter 11<br><br><br><br><br><br>FILED & ENTERED ON JUL/10/2019 |

O R D E R

The application for allowance of compensation filed by Alexis Fuentes Hernandez in the amount of $42,900.00 plus $2,914.50 in expenses (docket #218), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 10 day of July, 2019.

*Edward A. Godoy*
United States Bankruptcy Judge