IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-05288-EAG11 |
|---|---|
| SKYTEC INC | Chapter 11 |
| 66-0564236 | |
| Debtor | FILED & ENTERED ON JUL/10/2019 |

ORDER

The joint motion filed by Debtor and Creditor, Logistic Systems, Inc requesting modification of pretrial order (docket #222) is hereby granted.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 10 day of July, 2019.

*Edward A. Godoy*
United States Bankruptcy Judge