## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 18-05288-EAG** |
| **SKYTEC, INC.,** | **CHAPTER 11** |
| **Debtor** | |

### JOINT SECOND MOTION REQUESTING FURTHER
### MODIFICATION OF PRE-HEARING ORDER

TO THE HONORABLE COURT:

COMES NOW Debtor, Skytec, Inc. (hereinafter "Skytec") and Creditor Logistic Systems, Inc. (hereinafter "LogiSYS") through their respective counsel and respectfully STATE and PRAY as follows:

1. On May 23, 2019, this Honorable Court issued an order at Docket No. 208 ordering the parties to submit a pre-hearing report on or before July 8, 2019.

2. The order calls, among other things, for a list of proposed findings of facts and the exchange of evidence between the parties.

3. At that time, Debtor's expert, CPA Luis Carrasquillo, was drafting his report but was going to be unable to conclude the same before the July 8, 2019 deadline.

4. After consulting with LogiSYS's counsel, it became evident that LogiSYS would need a period of time after the delivery of CPA Carrasquillo's report to review it, possibly conduct an inspection of the documents evaluated by CPA Carrasquillo and decide whether a rebuttal report will be drafted.

5. Taking the aforementioned into consideration, the parties agreed to file a motion on July 23, 2019 to request a modification of the pretrial order issued at Docket No. 208. At that time, the parties informed the Court as follows:

    a. LogiSYS had already submitted to Debtor a set of proposed uncontested facts with specific references to the record;

    b. Debtor would submit to LogiSYS its proposed findings of facts, CPA Carrasquillo's report, and copy of any additional documental evidence on or before July 8, 2019.

    c. LogiSYS would have until July 23, 2019 to submit to Debtor any additional proposed findings of facts and evidence, including expert reports, if any.

    d. The parties would have until July 26, 2019 to agree on any uncontested findings of facts and the admissibility of exhibits.

    e. The Pretrial Report would be filed on July 26, 2019.

6. On July 10, 2019, this Court granted the joint motion, order which was entered on docket on July 12, 2019 as Docket No. 225.

7. Since that date, the following work has been performed by the parties:

Debtor responded to LogiSYS's proposed uncontested facts, which has resulted in over ninety stipulated facts, and proposed additional ones;

Debtor served LogiSYS a copy of Mr. Carrasquillo's report and produced documents upon which Mr. Carrasquillo relied to prepare his report;

LogiSYS's expert, Mr. Carlos Baralt, had the opportunity to review Mr. Carrasquillo's report and documents, and prepared his own report;

LogiSYS submitted to Debtor additional proposed findings of facts and its list of exhibits, and produced Mr. Baralt's Expert Report and exhibits; and

LogiSYS submitted Debtor its response to Debtor's proposed uncontested facts and its proposed conclusions of law.

8. As of this date, the parties still need to meet to finalize any additional agreements on the stipulation of exhibits, the possible inclusion of additional exhibits, and to join into a single document their work product. Events beyond the control of the parties, however, have made these final efforts more difficult than they are already. For example, massive demonstrations have been occurring all over the Metropolitan Area of San Juan, and LogiSYS's counsel's office building was unexpectedly announced to be closed on July 25, 2019 due to a public demonstration in front of it. Therefore, the parties are not able to comply with the final obligation of completing and filing their Joint Pre-Hearing Report by Friday, July 26, 2019.

9. For all of the above-stated reasons, the parties request that they be granted a further extension of one week, until, Friday, August 2, 2019 to file their Joint Pre-Hearing Report. This modification will not delay the hearing itself, which is currently scheduled to take place on August 28-29, 2019.

**WHEREFORE,** it is respectfully requested that this Court grant the relief requested in this motion and any further remedy that it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, which will send notification of such filing to the Office of the United States Trustee, and all participants of CM/EMF.

In San Juan, Puerto Rico, this 26th day of July 2019.

*s/Alexis Fuentes-Hernández, Esq.*
**Alexis Fuentes-Hernández, Esq.**
USDC-PR 217201
**FUENTES LAW OFFICES, LLC**
P.O. Box 9022726

San Juan, PR 00902-2726
Tel. (787) 722-5215, 5216
E-Mail: alex@fuentes-law.com

*s/ Carlos A. Rodríguez-Vidal*
Carlos A. Rodríguez-Vidal
USDC PR 201213

*s/ Solymar Castillo Morales*
Solymar Castillo Morales
USDC PR 218310
Counsel for Creditor LogiSYS Systems, Inc.
GOLDMAN ANTONETTI & CORDOVA, LLC
Post Office Box 70364
San Juan, PR 00936-8364
Telephone #: (787) 759-4117
Facsímile #: (787) 767-9177
Email: crodriguez-vidal@gaclaw.com
scastillo@gaclaw.com

*/s/ Andrew Morton*
Andrew Morton
Washington State Bar No. 49467
*Pro Hac Vice* Counsel for creditor Logistic Systems, Inc.

*s/ Bryan T. Glover*
Bryan T. Glover
Washington State Bar # 51045
*Pro Hac Vice* Counsel for Creditor LogiSYS Systems, Inc.
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone #: (206) 447-4400
Facsímile #: (206) 447-9700
Email: bryan.glover@foster.com

4