# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: SKYTEC INC.
**Case Number**: 18-05288-EAG11                              **Chapter:** 11
**Date / Time / Room**: 08/29/2019 09:30 am
**Bankruptcy Judge**: EDWARD A. GODOY
**Courtroom Clerk**: MARTA BORREGO
**Reporter / ECR**: EDNA SANABRIA

### Matter:

EVIDENTIARY HEARING

### Appearances:

ALEXIS FUENTES HERNANDEZ, ATTORNEY FOR DEBTOR
MARISTELLA SANCHEZ, ATTORNEY FOR ORIENTAL BANK
SOLYMAR CASTILLO MORALES, ATTORNEY FOR LOGISTIC SYSTEMS, INC.
CARLOS A. RODRIGUEZ VIDAL, ATTORNEY FOR LOGISTIC SYSTEMS, INC.
ANDREW MORTON, ATTORNEY FOR LOGISTIC SYSTEMS, INC.

### Minutes of Proceedings:

**ORDER:**

Based on what was admitted in open court by counsel for the movant and counsel for the debtor, bearing in mind that there is a final and unappealable judgment from the District Court in favor of the movant in the approximate amount of $4.4 million which arises from prepetition debt, and noting that it is uncontested that the relationship between the two parties terminated in January 2017, the Court made an initial ruling that the debtor was insolvent within the 90-day preference period prior to the bankruptcy and also within the one-year period for preferential payments made for the benefit of insiders.

After a short recess during which the parties met in chambers, the parties informed the court that they are negotiating a possible solution to the contested matter that would entail the appointment of an examiner, which would need to be approved by the U.S. Trustee. In light of this, the parties are ordered to file a joint motion by September 12, 2019 either stipulating to the appointment of an examiner and delineating any expanded powers he or she may have, if any, or to inform the Court that no agreement was reached. Today's evidentiary hearing is continued to October 21, 2019 at 9:30 a.m. in the United States Bankruptcy Court, 300 Recinto Sur Street, Courtroom 2, San Juan, Puerto Rico and if necessary October 22, 2019 at 9:30 a.m. at the United States Bankruptcy Court, Southwestern Divisional Office, MCS Building, Second Floor, 880 Tito Castro Avenue, Ponce, Puerto Rico.

With the consent of the debtor and Logistic Systems, Inc., Oriental Bank's order approving the use of cash collateral is extended to October 31, 2019 under the same terms as previously agreed.

**SO ORDERED.**

**/s/EDWARD A. GODOY**
**U. S. Bankruptcy Judge**