# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 18-05288-EAG** |
| | **CHAPTER 11** |
| **SKYTEC, INC.,** | |
| **Debtor** | |

### MOTION IN COMPLIANCE WITH ORDER REGARDING EFFORTS TO RESOLVE CONTESTED MATTER

TO THE HONORABLE COURT:

COME NOW Debtor, Skytec, Inc. (hereinafter "Skytec") and Creditor Logistic Systems, Inc. (hereinafter "LogiSYS") through their respective counsel and respectfully STATE and PRAY as follows:

1. On August 29, 2019, this Honorable Court held a hearing on LogiSYS's Motion to Appoint a Ch. 11 Trustee upon Debtor.

2. During that session, the parties informed the Court they wished to negotiate a possible solution to the contested matter and the Court issued an order at Dkt. # 238 ordering the parties to file a joint motion on or before September 12, 2019, either stipulating to the appointment of an examiner and delineating any expanded powers he or she may have, if any, or to inform the Court that no agreement has been reached.

3. The parties hereby inform that, after exchanging proposals for the appointment of a trustee with limited powers or for an examiner with expanded powers, and discussing those proposals, they have not reached an agreement.

4. This hearing currently scheduled to take place on October 21-22, 2019, therefore, will occur as scheduled.

**WHEREFORE,** it is respectfully requested that this Court grant the relief requested in this motion and any further remedy that it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, which will send notification of such filing to the Office of the United States Trustee, and all participants of CM/EMF.

In San Juan, Puerto Rico, this 10th day of October, 2019.

s/Alexis Fuentes-Hernández, Esq.
**Alexis Fuentes-Hernández, Esq.**
USDC-PR 217201
**FUENTES LAW OFFICES, LLC**
P.O. Box 9022726
San Juan, PR 00902-2726
Tel. (787) 722-5215, 5216
E-Mail: alex@fuentes-law.com

*s/ Carlos A. Rodriguez-Vidal*
Carlos A. Rodríguez-Vidal
USDC PR 201213
*s/ Solymar Castillo Morales*
Solymar Castillo Morales
USDC PR 218310
Counsel for Creditor LogiSYS Systems, Inc.
GOLDMAN ANTONETTI & CORDOVA, LLC
Post Office Box 70364
San Juan, PR 00936-8364
Telephone #: (787) 759-4117/ Fax #: (787) 767-9333
Email: crodriguez-vidal@gaclaw.com
scastillo@gaclaw.com

*/s/ Andrew Morton*
Andrew Morton
Washington State Bar No. 49467
*Pro Hac Vice* Counsel for Creditor Logistic Systems, Inc.

*s/ Bryan T. Glover*
Bryan T. Glover
Washington State Bar # 51045
*Pro Hac Vice* Counsel for Creditor Logistic Systems, Inc.