United States Bankruptcy Court
District of Puerto Rico

In re:                                                                      Case No. 18-05288-EAG
SKYTEC INC                                                                  Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0104-3        User: borregom         Page 1 of 1          Date Rcvd: Oct 11, 2019
                            Form ID: pdf003        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db            +SKYTEC INC,    500 CARR 869,    SUITE 501,    CATANO, PR 00962-2011
cr            +LOGISTIC SYSTEMS, INC.,    3000 PALMER,    MISSOULA, MT 59808-1671

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
              ALEXIS   FUENTES HERNANDEZ    on behalf of Creditor    LOGISTIC SYSTEMS, INC. alex@fuentes-law.com,
               fuenteslaw@icloud.com
              ALEXIS   FUENTES HERNANDEZ    on behalf of Debtor    SKYTEC INC alex@fuentes-law.com,
               fuenteslaw@icloud.com
              ALFREDO   FERNANDEZ MARTINEZ    on behalf of Creditor    ORIENTAL BANK
               afernandez@delgadofernandez.com, aperez@delgadofernandez.com
              ANDREW   MORTON    on behalf of Creditor    LOGISTIC SYSTEMS, INC. andrew.morton@stoel.com
              ANDREW   MORTON    on behalf of Debtor    SKYTEC INC andrew.morton@stoel.com
              BRYAN T GLOVER    on behalf of Debtor    SKYTEC INC bryan.glover@stoel.com,
               Sandra.lonon@foster.com;litdocket@foster.com
              BRYAN T GLOVER    on behalf of Creditor    LOGISTIC SYSTEMS, INC. bryan.glover@stoel.com,
               Sandra.lonon@foster.com;litdocket@foster.com
              CARLOS A RODRIGUEZ VIDAL    on behalf of Creditor    LOGISTIC SYSTEMS, INC.
               crodriguez-vidal@gaclaw.com
              CARLOS A RODRIGUEZ VIDAL    on behalf of Debtor    SKYTEC INC crodriguez-vidal@gaclaw.com
              FRANSHESKA JANET PABON    on behalf of Creditor    FIRST BANK PUERTO RICO FPabon@lvvlaw.com,
               NCruz@lvvlaw.com
              IVAN M CASTRO ORTIZ    on behalf of Creditor    MUNICIPALITY OF CATANO icastro@alblegal.net
              MARISTELLA   SANCHEZ RODRIGUEZ    on behalf of Creditor    ORIENTAL BANK
               msanchez@delgadofernandez.com, blopez@delgadofernandez.com;msanchez.ecf@gmail.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              SOLYMAR   CASTILLO MORALES    on behalf of Debtor    SKYTEC INC scastillo@gaclaw.com,
               jrosado@gaclaw.com
              SOLYMAR   CASTILLO MORALES    on behalf of Creditor    LOGISTIC SYSTEMS, INC. scastillo@gaclaw.com,
               jrosado@gaclaw.com
              Samuel T. Bull    on behalf of Creditor    LOGISTIC SYSTEMS, INC. sam.bull@foster.com,
               jan.howell@foster.com;litdocket@foster.com
              US TRUSTEE    ustpregion21.hr.ecf@usdoj.gov
                                                                                              TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SKYTEC INC

66-0564236

Debtor(s)

CASE NO. 18-05288-EAG11
Chapter 11

FILED & ENTERED ON OCT/11/2019

ORDER

At the hearing held August 28, 2019 on the motion to appoint a trustee, the court made an initial ruling that the debtor was insolvent within the 90-day preference period prior to the bankruptcy and also within the one-year period for preferential payments made for the benefit of insiders. (Dkt. No. 236). In addition, a review of the pretrial report at docket number 232 revealed that many of proposed facts listed by the parties as contested are, in fact, not in dispute. In view of the above, the court orders the parties to file an amended pretrial report by October 17, 2019.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 11 day of October, 2019.

Edward A. Godoy
United States Bankruptcy Judge