## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN THE MATTER OF:

SKYTEC, INC.

    Debtor

CASE NO.  18-05288 (ESL)

CHAPTER 11

## MOTION FOR EXTENSION OF TIME TO FILE MONTHLY OPERATING REPORT

TO THE HONORABLE COURT:

COMES NOW Debtor through its undersigned counsel and very respectfully states and prays:

1. On September 12, 2018, Debtor filed its voluntary petition for reorganization under the provisions of Chapter 11 of the Bankruptcy Code, and as of that date has been operating its business and managing its affairs as a debtor in possession, as provided for in the Bankruptcy Code.  See Docket No. 1.

2. The monthly operating report corresponding to the month of September 2019 is due on or about today October 21, 2019.  However, insofar as Debtor has been immersed in the preparation for today's hearing to discuss the motion for appointment of a Chapter 11 Trustee, Debtor will be unable to conclude the drafting of the September operating report within the aforementioned deadline.

3. As such, Debtor hereby request an extension of four (4) days, i.e. until October 25, 2019, to file the monthly operating report for the month of September 2019.

Case:18-05288-EAG11   Doc#:252   Filed:10/21/19   Entered:10/21/19 08:48:20   Desc: Main
                              Document      Page 2 of 2

**Skytec, Inc.**
*Motion For Extension of Time*                                                                          Page 2
===============================================================================

**WHEREFORE**, it is respectfully requested that this Court grants Debtor until October 25, 2019 to file its monthly operating report for the month of September 2019.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, which will send notification of such filing to the Office of the United States Trustee, and all participants of CM/EMF.

San Juan, Puerto Rico, this 21st day of October, 2019.

*s/ Alexis Fuentes-Hernández, Esq.*
**Alexis Fuentes-Hernández, Esq.**
USDC-PR 217201

**FUENTES LAW OFFICES, LLC**
P.O. Box 9022726
San Juan, PR  00902-2726
Tel. (787) 722-5215, 5216
Fax.  (787) 722-5206
E-Mail: alex@fuentes-law.com