IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-05288-EAG11 |
|---|---|
| SKYTEC INC | Chapter 11 |
| 66-0564236 | |
| Debtor(s) | FILED & ENTERED ON DEC/05/2019 |

O R D E R

The application for allowance of compensation filed by Alexis Fuentes Hernandez, Debtor's Attorney, in the amount of $43,501.84 (docket #265), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 5 day of December, 2019.

Edward A. Godoy
United States Bankruptcy Judge