## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>SKYTEC, INC.<br><br>Debtor | CASE NO. 18-05288 (EAG)<br><br>CHAPTER 11 |

### MOTION SUBMITTING FEASIBILITY REPORT

TO THE HONORABLE COURT:

COMES NOW Debtor through its undersigned counsel and very respectfully states and prays:

1. The hearing on the confirmation of Debtor's Plan of Reorganization (the "Plan") is scheduled for January 30, 2020 at 9:30AM.

2. Debtor is attaching hereto its Feasibility Report prepared by CPA Luis R. Carrasquillo & Co., P.S.C., reflecting the feasibility of the Plan and that it meets the best interest test of Section 1129(a)(7) of the Bankruptcy Code.

**WHEREFORE**, it is respectfully requested that this Court takes notice of the above.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, which will send notification of such filing to the Office of the United States Trustee, and all participants of CM/EMF.

San Juan, Puerto Rico, this 22nd day of January, 2020.

**Skytec, Inc.**
*Motion Submitting Feasibility Report* Page 2
========================================================================

*s/ Alexis Fuentes-Hernández, Esq.*
**Alexis Fuentes-Hernández, Esq.**
USDC-PR 217201

**FUENTES LAW OFFICES, LLC**
P.O. Box 9022726
San Juan, PR 00902-2726
Tel. (787) 722-5215, 5216
E-Mail: alex@fuentes-law.com