IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-05288-EAG11 |
|---|---|
| SKYTEC INC | Chapter 11 |
| 66-0564236 | |
| Debtor(s) | FILED & ENTERED ON JAN/27/2020 |

ORDER

The motion filed by the debtor requesting extension of time to file 1129 statement (docket #305) is hereby granted.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 27 day of January, 2020.

Edward A. Godoy
United States Bankruptcy Judge