IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>SKYTEC INC<br><br><br>66-0564236<br><br><br>Debtor(s) | CASE NO. 18-05288-EAG11<br>Chapter 11<br><br><br><br><br>FILED & ENTERED ON FEB/20/2020 |

ORDER

Per the court's order at docket #313, taking into account the debtor's supplement to the Second Amended Plan at docket #315 and Logistic's accepting ballot at docket #320, the Second Amended Plan at docket #250, as supplemented at docket #315, is hereby confirmed. A separate confirmation order will be entered.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 20 day of February, 2020.

Edward A. Godoy
United States Bankruptcy Judge