IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

SKYTEC INC

66-0564236

Debtor(s)

CASE NO. 18-05288-EAG11

Chapter 11

FILED & ENTERED ON FEB/20/2020

ORDER CONFIRMING PLAN

The Second Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by debtor on October 17, 2019 (docket #250), as supplemented at docket #315, having been transmitted to creditors and equity security holders; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. §1129 have been satisfied;

IT IS ORDERED THAT:

The second amended plan filed by debtor dated October 17, 2019 (docket #250), as supplemented at docket #315, is hereby confirmed.

The debtor shall give notice of this order and the confirmed plan to all parties in interest.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 20 day of February, 2020.

Edward A. Godoy
United States Bankruptcy Judge