**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**SKYTEC INC**<br>**66−0564236**<br><br>Debtor(s) | Case No. **18−05288 EAG**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 4/20/20 |

***ORDER***

The motion filed by Debtor to withdraw Docket #339 and #340 (docket #342) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, April 20, 2020 .

Edward A. Godoy
United States Bankruptcy Judge