# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF** | **CASE NO. 18-05288 EAG** |
| **Skytec, Inc.** | **CHAPTER 11** |
| **Debtors** | |

## LOGISTIC'S RESPONSE TO DEBTOR'S APPLICATION FOR FINAL DECREE

**TO THE HONORABLE COURT:**

**COMES NOW** Logistic Systems, Inc. ("Logistic" or "LogiSYS"), by and through its undersigned counsel, and respectfully States:

1. This Honorable Court entered the confirmation order of Skytec's Plan of Reorganization on February 20, 2020. Docket No. 323.

2. LogiSYS informs that it received the payments that were due on the Effective Date as that concept is defined under the Plan.

3. Skytec filed its application for a final decree on April 17, 2020. Docket No. 343.

4. The plan provides for this Honorable Court to retain exclusive jurisdiction to entertain all controversies and disputes that may arise in connection with the interpretation, enforcement, or consummation of the plan. Docket No. 250, p. 21.

5. A final decree closing the case after the estate is fully administered does not deprive this Court of jurisdiction to enforce or interpret its orders and does not prevent the court from reopening the case for cause, if necessary, under section 350 of the Bankruptcy Code, 11 USC §350(b).

6. Since this Court will retain jurisdiction over the pending obligations assumed under the plan, such as the Plan Administrator's duties and the reporting requirements by the Debtor and the Administrator, as well as the compliance with the payments scheduled under the plan, LogiSYS has no objection to the Debtor's application for the final decree.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this response and enter the orders it deems proper.

### CERTIFICATE OF SERVICE

I certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Alex Fuentes, Esq., counsel for the Debtor, the US Trustee, and all CM/ECF participants.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on April 27, 2020.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date I electronically filed the foregoing document with the Clerk using CM/ECF system, which will send notification of such filing to Debtor(s) attorney, the US Trustee and to all CM/ECF participants.

**GOLDMAN ANTONETTI & CORDOVA, LLC.
ATTORNEYS FOR CREDITOR, LOGISTIC SYSTEMS, INC.**
American International Plaza, 15th Floor
250 Muñoz Rivera Avenue
San Juan, PR 00918
Tel: (787) 759-4117
Fax: (787) 767-9177

*/s/ Carlos A. Rodríguez Vidal*
Carlos A. Rodríguez Vidal
USDC-PR #201213
e-mail: crodriguez-vidal@gaclaw.com

*/s/ Solymar Castillo Morales*
Solymar Castillo Morales
USDC-PR #218310
e-mail: scastillo@gaclaw.com