### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF PUERTO RICO

IN RE:

SKYTEC, INC.,

DEBTOR.

CASE NO. 18-05288 (EAG)

CHAPTER 11

### United States Trustee's Motion in Compliance
### with Court's Order at Docket No. 345

TO THE HONORABLE COURT:

Nancy J. Gargula, United States Trustee for Region 21, through her undersigned counsel, respectfully states and prays as follows:

1.  On April 20, 2020, the Court entered an order directing the United States Trustee to submit her position as to Debtor's Application for Final Decree. (Docket No. 345).

2.  In compliance with the Court's order, the United States Trustee informs that she has no objection to Debtor's request.

**WHEREFORE**, the United States Trustee respectfully requests that the Court take notice of the above and deem her in compliance with the order entered at docket no. 345.

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all CM/ECF participants.

**DATED April 27, 2020**

NANCY J. GARGULA
United States Trustee

MONSITA LECAROZ ARRIBAS
Assistant United States Trustee

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By:   s/ Julio Guzmán-Carcache
Julio Guzmán-Carcache
Trial Attorney
USDC-PR No. 230104
Julio.Guzmán@usdoj.gov